No. 97–6856. ARGUELLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6857. BARTLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 97–6869. BROWN *v.* KEARNEY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6872. BATES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 97–6873. ARIAS-SANTOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 97–6874. BURTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–6875. BREWER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 97–6876. BRAGG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6878. CROFT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 97–6879. CROFT *v.* DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–6880. BEAVEN *v.* MCBRIDE, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied. 

No. 97–6883. KNOX *v.* HARRISON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–6884. MYERS, AKA MEYERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 97–6885. MCDONALD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 97–6888. PACHECO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.